# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PRISCILLA LEFEBURE** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | |
| | * | **NO. 3:17-cv-01791-SDD-EWD** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **BARRETT BOEKER**, Assistant Warden | * | |
| Louisiana State Penitentiary, *individually* | * | |
| *and in his official capacity*, **WEST** | * | |
| **FELICIANA PARISH, SAMUEL D.** | * | |
| **D'AQUILLA**, 20th Judicial District, | * | |
| *individually and in his official capacity* | * | |
| **DISTRICT ATTORNEY, J. AUSTIN** | * | |
| **DANIEL, Sheriff, West Feliciana Parish,** | * | |
| **INSURANCE COMPANY DOES 1-5,** | * | |
| **DOES 6-20** | * | |
| **Defendants** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF APPEAL FILED ON BEHALF OF SAMUEL C. D'AQUILLA IN HIS INDIVIDUAL CAPACITY AND IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY FOR THE 20TH JUDICIAL DISTRICT, STATE OF LOUISIANA

**PLEASE TAKE NOTICE** that the Honorable **Samuel C. D'Aquilla ("Appellant"),**

District Attorney for the 20th Judicial District, defendant herein, appearing herein in both his

individual and official capacities, hereby appeals to the United States Court of Appeals for the

Fifth Circuit from the Ruling and Order (Rec. Doc. 82) ("Ruling") dated June 25, 2019 of the

United States District Judge Shelley Dick denying that part of appellant's Motion to Dismiss

grounded in Absolute Immunity[1] and Eleventh Amendment Immunity. *Mitchell v. Forsyth*, 472

U.S. 511, 526-27, 105 S. Ct. 2806, 2815-16, 86 L.Ed. 2d 411 (1985); *Puerto Rico Aqueduct and*

*Sewer Authority v. Metcalf & Eddy, Inc,* 506 U.S. 139, 113 S. Ct. 684, 121 L. Ed. 2d 605 (1993)

---

[1] Although granting relief in part, the Ruling fails to fully vindicate the defense of absolute prosecutorial immunity. The District Court has not yet ruled on appellant's motion insofar as it asserts qualified immunity.

546.0309

Appellant does further appeal from the failure of the District Judge in said Ruling to dismiss the plaintiffs' Complaint as Amended; to wit, the Complaint as Amended fails to allege facts which support that plaintiff had standing to bring the instant claims against Appellant. It is submitted that, despite jurisprudence (possibly) to the contrary,[2] the issue of standing is or should be one appealable to the Fifth Circuit under the Collateral Order Doctrine. See *Cohen v. Beneficial Industrial Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949); *Mitchell v. Forsyth, supra* and *Puerto Rico Aqueduct and Sewer Authority v. Metcalf & Eddy, Inc., supra.*

Moreover, it is submitted the Court of Appeals can and should examine the issue of standing *sua sponte,* especially as here where a question of constitutional law is presented. *Doe v. Tangipahoa Parish Sch. Bd.*, 494 F.3d 494, 499 (5th Cir.2007) (en banc).

Appellant does further appeal from the failure of the District Judge to dismiss the Plaintiff's Complaint as Amended based on the failure of the Complaint as Amended to allege facts which would support the existence of a Constitutional Violation for which the Appellant District Attorney would be responsible. It is necessary to review on appeal the failure of the Complaint as Amended to allege a constitutional violation in order to fully vindicate the assertion of absolute or Eleventh Amendment immunity, as well as to review the issue of standing.

Appellant further appeals from said Ruling insofar as the District Judge in said Ruling fails to dismiss the plaintiff's Complaint based on the failure of the Complaint to allege facts sufficiently asserting a claim against appellant in his official capacity under *Monell v. Department of Social Services,* 436 U.S. 658, 98 S. Ct. 2018, 56 L. Ed. 2$^d$ 611 (1978). It is submitted that it is necessary to review the sufficiency of *Monell* allegations in order to fully vindicate the assertion of absolute or Eleventh Amendment immunity.

---

[2] See, *Shanks v. City of Dallas*, 752 F. 2d 1092, 1099, n. 9 (5th Cir. 1985).

This appeal is also taken from said Ruling insofar as it fails to dismiss all Louisiana state-law claims against Appellant. Under Louisiana law, whether sued in his individual or official capacity, a district attorney such as Appellant is protected from civil suit pursuant to the doctrine of absolute immunity. *Tickle v. Ballay*, 2018 WL 5985477 (La. App. 4th Cir. 2018). This issue is also related to and intertwined with the denial of absolute and Eleventh Amendment Immunity appealed from. *Morin v. Caire,* 77 F. 3d 116, 119 (5th Cir 1996).

The Ruling is appealed from insofar as it denied relief to Appellant as mentioned above. The Court of Appeals has jurisdiction over this appeal pursuant to 28 U. S. C. 1291 under the Collateral Order Doctrine. *Cohen v. Beneficial Industrial Loan Corp., supra; Mitchell v. Forsyth, supra* and *Puerto Rico Aqueduct and Sewer Authority v. Metcalf & Eddy, Inc., supra.*

In addition, in the interest of judicial economy, a Court of Appeals may exercise pendent appellate jurisdiction over other issues not independently appealable that are closely related to and intertwined with the issues properly before this Court. See, for example, *Morin v. Caire, supra.*

Said Ruling appealed from was entered on June 25, 2019. Upon joint motion of plaintiff and appellant, the time for filing this notice was extended by the court until August 26, 2019. (Rec. Doc. 86-87).

Respectfully submitted,

*s/ Ralph R. Alexis, III*
Ralph R. Alexis, III, T.A. (LA Bar 2379)
Glenn B. Adams (LA Bar 2316)
**PORTEOUS, HAINKEL AND JOHNSON, LLP**
704 Carondelet Street
New Orleans, LA 70130-3774
Phone:  (504) 581-3838
Fax:  (504) 581-4069
E-mail:  ralexis@phjlaw.com
E-mail:  gadams@phjlaw.com

- 3 -

*Counsel for Samuel C. D'Aquilla in his official capacity as District Attorney for the 20th Judicial District, State of Louisiana*

**AND**

s/ *C. Frank Holthaus*
C. Frank Holthaus, (LA Bar 06976)
CRAIG FRANK HOLTHAUS, APLC
8555 United Plaza Blvd, Suite 200
Baton Rouge, LA 70809
O: 225.706.9273
F: 225.304.4470
E-mail:  Frank@holthauslaw.com
*Counsel for Samuel C. D'Aquilla individually*

### CERTIFICATE OF SERVICE

I do hereby certify that on **August 26, 2019** a copy of the above and foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record unless indicated otherwise.

s/ *Ralph R. Alexis, III*
**RALPH R. ALEXIS, III**

- 4 -